Entered on Docket
September 12, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 12, 2018

*Hannah L. Blumenstiel*
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

1  Kristin Zilbertstein, Esq. (SBN 200041)
2  Jennifer R. Bergh, Esq. (SBN 305219)
   LAW OFFICES OF MICHELLE GHIDOTTI
3  5120 E. LaPalma Ave., Suite 206
   Anaheim, CA 92807
4  Ph: (949) 354-2601
5  Fax: (949) 200-4381
   kzilbertstein@ghidottilaw.com

Attorney for Movant
U.S. Bank Trust N.A. as Trustee of the
Igloo Series III Trust, its successors and assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 13-54453 |
| Kent Brian Zilliox, | CHAPTER 13 |
| Debtor. | RS No.: MRG-1 |
| | **ORDER RE: MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | Date: September 5, 2018 |
| | Time: 11:30 AM |
| | Place: US Bankruptcy Court<br>1000 S Main, Room 214<br>San Jose CA 95113 |
| | Judge: Hannah L. Blumenstiel |

The motion of U.S. Bank Trust N.A. as Trustee of the Igloo Series III Trust, its successors and/or assignees, relief from the automatic stay was granted by docket text order

///

on August 27, 2018, by the Honorable Hannah L. Blumenstiel.

Upon reading the papers and pleadings on file herein, and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of U.S. Bank Trust N.A. as Trustee of the Igloo Series III Trust, its successors and/or assignees, in the real property commonly known as 4A Buena Vista Del Rio, Carmel Valley, CA 93924.

IT IS FURTHER ORDERED that U.S. Bank Trust N.A. as Trustee of the Igloo Series III Trust, its successors and/or assignees, may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED that the fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

None